| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 21-22008-LMI<br>Southern District of Florida<br>Miami<br>Mon Jan 31 14:39:34 EST 2022 | Synchrony Bank<br>PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Amex/Bankruptcy<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Amex/Bankruptcy<br>Po Box 6789<br>Sioux Falls, SD 57117-6789 | Andrews Federal Cred U<br>5711 Allentown Rd<br>Suitland, MD 20746-4547 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citibank<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 | Citibank<br>Po Box 6217<br>Sioux Falls, SD 57117-6217 |
| Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Dsnb Bloomingdales<br>Attn: Recovery 'Bk'<br>Po Box 9111<br>Mason, OH 45040 |
| Dsnb Bloomingdales<br>Po Box 6789<br>Sioux Falls, SD 57117-6789 | Harley Davidson Financial<br>3850 Arrowhead Drive<br>Carson City, NV 89706-2016 | Harley Davidson Financial<br>Attn: Bankruptcy<br>Po Box 22048<br>Carson City, NV 89721-2048 |
| (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | Macys/fdsb<br>Po Box 6789<br>Sioux Falls, SD 57117-6789 | Marta Yee IV LLC<br>7483 SW 24th St.<br>Ste. 101<br>Miami, FL 33155-1459 |
| Mayors Jewel<br>245 Catalonia Ave<br>Coral Gables, FL 33134-6704 | Mayors Jewel<br>5870 N Hiatus Rd.<br>Tamarac, FL 33321-6424 | Mercedes-Benz Financial Services<br>Attn: Bankruptcy<br>Po Box 685<br>Roanoke, TX 76262-0685 |
| Mercedes-Benz Financial Services<br>P.o. Box 961<br>Roanoke, TX 76262-0961 | Navy Federal Credit Union<br>820 Follin Lane Se<br>Vienna, VA 22180-4907 | Navy Federal Credit Union<br>Attn:  Bankruptcy<br>Po Box 3000<br>Merrifield, VA 22119-3000 |
| Navy Federal Credit Union<br>P.O. BOX 3000<br>MERRIFIELD, VA 22119-3000 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | On Deck Capital, Inc.<br>1400 Broadway<br>New York, NY 10018-5300 |

| | | |
|---|---|---|
| Synchrony Bank/Care Credit<br>Attn:  Bankruptcy Dept<br>Po Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank/Care Credit<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Synchrony Bank/Money Sport<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Money Sport<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | TD Auto Finance<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | (p)TD BANKNORTH NA<br>70 GRAY ROAD<br>FALMOUTH ME 04105-2299 |
| TD Bank, N.A.<br>Td Bank Usbc<br>Greenville, SC 29607 | Td Auto Finance<br>Attn: Bankruptcy<br>Po Box 9223<br>Farmington Hills, MI 48333-9223 | USAA Federal Savings Bank<br>10750 Mc Dermott<br>San Antonio, TX 78288-1600 |
| USAA Federal Savings Bank<br>Attn: Bankruptcy<br>10750 Mcdermott Freeway<br>San Antonio, TX 78288-1600 | Wells Fargo Bank NA<br>Po Box 14517<br>Des Moines, IA 50306-3517 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| Wells Fargo Bank, N.A.<br>Small Business Lending Division<br>P.O. Box 29482 MAC S4101-08C<br>Phoenix, AZ 85038-9482 | Adam I Skolnik<br>Law Office of Adam I. Skolnik, P.A.<br>1761 W Hillsboro Blvd. #201<br>Deerfield Beach, FL 33442-1561 | Michelle Monique Mutrux<br>261 NE 44th Street<br>Miami, FL 33137-3433 |
| Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>Attn: Bankruptcy<br>Po Box 982234<br>El Paso, TX 79998 | Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | (d)Chase Card Services<br>Po Box 15369<br>Wilmington, DE 19850 |
| Discover Financial<br>Pob 15316<br>Wilmington, DE 19850 | Macys/fdsb<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040 | TD Bank, N.A.<br>Attn: Bankruptcy<br>32 Chestnut Street Po Box 1377<br>Lewiston, ME 04243 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | (d)Bank of America<br>Po Box 982238<br>El Paso, TX 79998-2238 | (d)Navy Federal Credit Union<br>P.O. Box 3000<br>Merrifield, VA 22119-3000 |

End of Label Matrix
Mailable recipients    45
Bypassed recipients     3
Total                  48